UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON ANDREYEVICH IAGOUNOV,<br>Petitioner,<br>v.<br>DEPT. OF PROBATION, *et al.*,<br>Respondents. | Case No. 2:26-cv-2521-JDP (P)<br><br>ORDER |

Petitioner, a detainee in the Nevada Southern Detention Center, brings this action under section 2241. ECF No. 1. He claims that venue is proper because he is challenging an illegal sentence imposed by a judge in this district. *Id.* at 3. He has failed, however, to either pay the filing fee or submit an application to proceed *in forma pauperis*.

Accordingly, it is ORDERED that:

1. Within thirty days of this order's entry, petitioner must submit either the five-dollar filing fee or a properly completed application to proceed *in forma pauperis*.

2. The Clerk of Court shall send petitioner an application to proceed *in forma pauperis* form with this order.

IT IS SO ORDERED.

Dated: July 30, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE